**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 19-cv-01228-REB-KLM

JOHN WILLIAMS,

     Plaintiff,

vs.

MIDLAND CREDIT MANAGEMENT, INC.

     Defendant.

## ORDER DENYING MOTION FOR SUMMARY JUDGMENT

**Blackburn, J.**

This matter is before me on the **Defendant's Motion for Summary Judgment and Incorporated Memorandum In Support** [#46][1] filed April 24, 2020. The plaintiff filed a response [#48], and the defendant filed a reply [#51]. I deny the motion.

I have jurisdiction over this matter under 28 U.S.C. §§ 1331 (federal question). Having reviewed the motion, the response, and the reply, and having considered the apposite arguments, authorities, and evidence presented by the parties, it is apparent that there exist genuine disputes as to material facts which are not appropriate for summary resolution.

Among the relevant disputes are whether or not certain statements made by the defendant were false, whether the defendant intentionally made any false statements, and /or whether the defendant failed to exercise reasonable care in ascertaining the relevant

---

[1] "[#46]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

facts. Based on the evidence in the record, these and other disputes of material fact are close calls, but they constitute genuine disputes of material fact, precluding summary judgment.

**THEREFORE, IT IS ORDERED** that the **Defendant's Motion for Summary Judgment and Incorporated Memorandum In Support** [#46] is denied.

Dated March 30, 2021, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge